IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ROBERT NESBITT, BOBBIE NESBITT, his wife,
ROBERT NESBITT, next friend of
CHRISTA NESBITT, a minor,
CHRISTA NESBITT, in her own right,
ROBERT NESBITT, next friend of
CATIE NESBITT, a minor, and
CATIE NESBITT, in her own right.

    Plaintiffs,

v.                                          Civil Action No. 5:05CV50
                                                                        (STAMP)

GEICO GENERAL INSURANCE COMPANY,

    Defendant.

## ORDER VACATING HEARING AND TRIAL

This Court has been advised that the matters in controversy in the above-styled civil action have been compromised and settled. Therefore, it is ORDERED that the trial of this civil action, scheduled to commence on October 30, 2007, is hereby VACATED.

It is further ORDERED that the hearing regarding motions in limine scheduled for October 29, 2007 is hereby VACATED.

Because this civil action involves claims of infant plaintiffs, an infant settlement hearing is necessary. Accordingly, the infant settlement hearing relating to this civil action will be scheduled pursuant to a separate order.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:      October 26, 2007

                              /s/ Frederick P. Stamp, Jr.
                              FREDERICK P. STAMP, JR.
                              UNITED STATES DISTRICT JUDGE